AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

ROY DALE WALLACE
1067 COUNTY RD 606
ENTERPRISE, AL

**WARRANT FOR ARREST**

Case Number: 1:06CR170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ROY DALE WALLACE_____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO MANUFACTURE, POSSESS W/INTENT DISTRIBUTE METHAMPHETAMINE;

in violation of Title _____21_____ United States Code, Section(s) 846 & 841(a)(1);

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK   August 17, 2006   DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $   to be set at initial appearance         BY   U.S. MAGISTRATE JUDGE
                                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |