AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

ROY DALE WALLACE
1067 COUNTY ROAD 606
ENTERPRISE, AL

**WARRANT FOR ARREST**

Case Number: 1:06CR170-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROY DALE WALLACE__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X | Superseding Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with   (brief description of offense)

Conspiracy to Manufacture, Possess w/Intent to Distribute Methamphetamine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

| DEBRA P. HACKETT | /s/ signature | September 11, 2006 |
| Name of Issuing Officer | Signature of Issuing Officer - DEPUTY CLERK | DATE |
| CLERK OF COURT | MONTGOMERY, ALABAMA | |
| Title of Issuing Officer | Date and Location | |

Bail fixed at $   to be set at initial appearance      BY   U.S. MAGISTRATE JUDGE
                                                            Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |