UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-cr-170-WHA |
| | ) | |
| ROY DALE WALLACE | ) | |

## ORDER ON MOTION

Upon consideration of the foregoing *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as a motion (Doc. 188, filed October 5, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted.  It is, therefore, ORDERED that the Clerk of this Court be and he is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Coffee County Jail, New Brockton, Alabama, commanding them to deliver the said prisoner, ROY DALE WALLACE, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10a.m. on October 25, 2006, and to return said prisoner, to said official when the Court has finished with him.

DONE this the 5th   day of October, 2006.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE