UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-cr-170-WHA |
| | ) | |
| ROY DALE WALLACE | ) | |

### ORDER

For good cause, it is

**ORDERED** that the defendant's initial appearance on October 10, 2006 at 3:00 p.m. is continued to **3:00 p.m. on October 11, 2006** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104. The defendant is remanded to the custody of the United States Marshal pending the initial appearance.

Done this 11th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE