UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-cr-170-WHA - DRB |
| | ) | |
| ROY DALE WALLACE | ) | |

**ORDER ON MOTION**

Pursuant to the *Government's Amended Motion for Detention Hearing* (Doc. 200, filed October 10, 2006), it is

**ORDERED** that the *Motion* is **GRANTED now only to the extent that it seeks a detention hearing.** Accordingly, a detention hearing is hereby set at **10:00 a.m. on Friday, October 13, 2006**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama 36104.

The defendant shall be remanded to the custody of the United States Marshal pending the hearing. The Clerk shall terminate the original Motion (Doc. 199), as it has been corrected and supplemented by the amended motion.

Done this 11th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE