COURTROOM DEPUTY MINUTES          DATE: _____
MIDDLE DISTRICT OF ALABAMA
                                  DIGITAL RECORDING: 3:01 - 3:12 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd        DEPUTY CLERK: sql

CASE NO.: 1:06CR170-WHA               DEFT. NAME: Roy Dale WALLACE

USA: Morris                           ATTY: Jim Cooper
                                      Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
                                                    ( ) Stand In ONLY

USPTSO / (USPO): Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME: _____

- [✓] kars.    Date of Arrest 10-6-06   or   [ ] karsr40
- [✓] kla.     Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [✓] kcnsl.   Deft. First Appearance with Counsel
- [ ]          Deft. First Appearance without Counsel
- [✓]          Requests appointed Counsel   [✓] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. Financial Affidavit executed  [ ] to be obtained by PTSO
- [✓] koappted ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- [ ] k20appt. Panel Attorney Appointed; [✓] to be appointed - prepare voucher
- [ ]          Deft. Advises he will retain counsel.  Has retained _____
- [ ]          Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [✓]          Government's WRITTEN Motion for Detention Hrg. filed.
- [✓] kdmhrg.  Detention Hearing [ ] held; [✓] set for 10-13-06 @ 10 am
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. Release order entered.  Deft. advised of conditions of release
- [ ] kbnd.    [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
               [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [✓] kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- [ ]          Preliminary Hearing [ ] Set for _____
- [ ] ko.      Deft. ORDERED REMOVED to originating district
- [ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]          Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [ ] karr.    ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of NOT GUILTY entered.
               [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
               DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for _____
- [ ] kwvspt   Waiver of Speedy Trial Act Rights Executed