| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 25, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 10:45 - 10:51 |

√ **ARRAIGNMENT**   ❒ **CHANGE OF PLEA**   ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**   ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr170-WHA-DRB   **DEFENDANT NAME:** Roy Dale Wallace
**AUSA:** Clark Morris   **DEFENDANT ATTORNEY:** Paul Cooper standing in for Jim Cooper
  Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
  ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

❒ This is defendant's **FIRST APPEARANCE.**
❒ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❒ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty (Second Superseding Indictment)**
  ❒ **Guilty as to:**
    ❒ **Count(s):**
    ❒ **Count(s):**   ❒ dismissed on oral motion of USA
      ❒ to be dismissed at sentencing
❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
√ **CRIMINAL TERM:**   1/8/07   √ **WAIVER OF SPEEDY TRIAL** filed.
  **DISCOVERY DISCLOSURE DATE:** 10/25/06
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
  ❒ Trial on _____; ❒ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
  ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
    ❒ Defendant requests time to secure new counsel