IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.1:06-cr-170-WHA-CSC |
| ROY DALE WALLACE ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody ROY DALE WALLACE, into the custody of Special Agents Devin Whittle and/or Tom Halasz, Drug Enforcement Administration, on December 5, 2006, through April 30, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Devin Whittle and/or Tom Halasz to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 4th day of December, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135 E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.1:06-cr-170-WHA-CSC |
| v. ) | |
| ) | |
| ROY DALE WALLACE ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James R. Cooper, Jr., Esquire.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                s/ A. Clark Morris
                A. CLARK MORRIS
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, Alabama 36104
                Telephone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ROY DALE WALLACE        ) | CR. NO.1:06-cr-170-WHA-CSC |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on December 4, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of ROY DALE WALLACE to Special Agents Devin Whittle and/or Tom Halasz, from December 5, 2006, through April 30, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents Devin Whittle and/or Tom Halasz shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the _____ day of December, 2006.


_____
UNITED STATES MAGISTRATE JUDGE