IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.1:06-cr-170-WHA-CSC |
| v. ) | |
| ) | |
| ROY DALE WALLACE ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #231), filed on December 4, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of ROY DALE WALLACE to Special Agents Devin Whittle and/or Tom Halasz, from December 5, 2006, through April 30, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Devin Whittle and/or Tom Halasz shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this 4th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE