IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, | * * * | |
| vs. | * * | CR. NO. 1:06-cr-170 WHA |
| ROY DALE WALLACE  Defendants. | * * | |

## **MOTION TO CONTINUE SENTENCING**

COMES, James R. Cooper, Jr. who on behalf of his client Roy Wallace, does move this Court to continue the trial of Mr. Wallace for January 8, 2007, to a later date and states as follows:

1. Mr. Wallace has certain information that is of great value to the government. He is already cooperating with the government.

2. The government has indicated that it would take from 3 to 6 more sessions with Mr. Wallace before he has been throughly de-briefed. He has already been de-briefed once.

3. Due to the Christmas Holiday Season, there is not sufficient time to throughly de-brief Mr. Wallace before the plea deadline and Trial. Trial is set for the January 2007, term of Court.

4. The Government has forwarded a Plea Agreement to Mr. Cooper which is solely based on cooperation up to this date. The Government through Assistant US Attorney Clark Morris has told Mr. Cooper that at the end of Mr. Wallace's full cooperation, he could expect to receive significant extra consideration.

5. Consequently, the proffered Guilty Plea is not as good as what he would expect to receive in the future.

6. Ms. Morris and Mr. Cooper have discussed this matter. Ms. Morris does not object to continuing this case to give both parties sufficient time to throughly de-brief Mr. Wallace so that he might receive significantly more consideration for his cooperation.

Wherefore the defendant requests the following relief:

1. That this case and all applicable plea deadlines be continued until the April Term of Court.

2. All other appropriate relief.

RESPECTFULLY SUBMITTED,

s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of December, 2006 , I have served a copy of the foregoing Motion to Continue  Upon Ms. Morris, AUSA , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Roy Dale Wallace
Montgomery City Jail
P.O. Box 159
Montgomery, Al 36104