IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:06cr170-WHA |
| ROY DALE WALLACE ) | |

**ORDER**

This case is before the court on the Motion to Continue Sentencing (Doc. #261), filed by the Defendant on December 18, 2006. While the document is entitled "Motion to Continue Sentencing", it is actually a motion to continue the trial date.

Upon consideration of the motion, the court is willing to grant some continuance, but not of the length requested. Accordingly, the court finds, for the reason that additional time is needed to reach a satisfactory plea agreement, the ends of justice to be served by granting the continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED to the following extent:

It is hereby ORDERED that the trial of the Defendant is CONTINUED from the term of court commencing January 8, 2007, to the term of court commencing February 5, 2007.

DONE this 18th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE