IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       * | |
|     Plaintiff,       * | |
|            * | |
| vs.       * | CR. NO. 1:06-cr-170 WHA |
|            * | |
| ROY DALE WALLACE       * | |
|     Defendants.       * | |

### MOTION TO CONTINUE TRIAL

COMES, James R. Cooper, Jr. who on behalf of his client Roy Wallace, does move this Court to continue the trial of Mr. Wallace from February 5, 2007, to a later date and states in support as follows:

1. Mr. Wallace has met with the government three times. He is providing certain information that is of great value to the government. He will be meeting with the government additional times. Counsel for Mr. Wallace and Ms. Clark Morris, who represents the government, has been actively pursuing a plea agreement.

2. The parties have agreed on a total plea agreement but for one issue. That issue requires the imput of DEA agent Devon Whittle. Without his imput, there can be no plea agreement at this time.

3. Unfortunately, Mr. Whittle's mother who lives in Phoenix, Arizona, has become very, very ill. Mr. Whittle has with her for the past two weeks. He is going to be with her for what is anticipated to be another week or ten days. While he is with her, he is unable to participate with the government and counsel for Mr. Wallace in plea negotiations. All parties understand that taking care of his mother at this point is much more important.

4. Mr. Cooper counsel for Mr. Wallace and Ms. Morris, counsel for the government will be able to agree on a plea once Mr. Whittle is back in Montgomery. Until then, they cannot arrive at a plea.

5. If the Court would continue the Trial, from its present February trial date, the parties would almost certainly be able to arrive at a plea agreement, obviating the need for a trial, once Mr. Whittle is back in town.

6. Mr. Cooper and Ms. Morris have discussed this matter. Ms. Morris does not

object to a continuance. The ends of justice would best be served by continuing this case and allowing the parties to complete their plea negotiations.

Wherefore the defendant requests the following relief:

1. That this case and all applicable plea deadlines be continued until a later date.

2. All other appropriate relief.

RESPECTFULLY SUBMITTED,

s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 18th day of January, 2007 , I have served a copy of the foregoing Motion to Continue  Upon Ms. Morris, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Roy Dale Wallace
Montgomery City Jail
P.O. Box 159
Montgomery, Al 36104