IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 1:06-cr-170 WHA |
| | * | |
| ROY DALE WALLACE | * | |
| Defendants. | * | |

## NOTICE OF CHANGE OF PLEA

COMES, James R. Cooper, Jr. who on behalf of his client Roy Wallace, does give notice that Mr. Wallace intends to change his plea from Guilty to Not Guilty.

RESPECTFULLY SUBMITTED,

s/ James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22n day of February, 2007 , I have served a copy of the foregoing Notice to Change Plea  Upon Ms. Morris, AUSA  , at the last known address of: P.O. Box 197, Montgomery, Al  By placing a copy of the same in the United States Mail properly addressed and postage prepaid and electronically.

s/James R. Cooper, Jr.
JAMES R. COOPER, JR.

cc:
Roy Dale Wallace
Montgomery City Jail
P.O. Box 159
Montgomery, Al 36104