| | |
|---|---|
| COURTROOM DEPUTY MINUTES   DATE: March 2, 2007 | FTR RECORDING: _____ |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: MITCHELL RISNER |

❏ **ARRAIGNMENT**     ✓ **CHANGE OF PLEA**     ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 1:06-CR-170-WHA-CSC    **DEFENDANT NAME:** ROY DALE WALLACE
**AUSA:** A. CLARK MORRIS    **DEFENDANT ATTY:** JAMES R. COOPER, JR
Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO
**USPTS/USPO:** _____

Defendant _____ does  ✓  does NOT need and interpreter.  Name: _____

---

❏    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏    Financial Affidavit executed.  **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing  ❏ FPD or ❏ CJA Panel.  Notice of Appearance to be filed.

❏    **WAIVER OF INDICTMENT** executed and filed.

❏    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty  ❏ Nol Contendere    ❏ Not Guilty by reason of insanity

   ✓ Guilty as to:   ✓ Count(s) **/**   of the **Superseding Indictment**

        ❏ Count(s) _____    ❏ dismissed on oral motion of USA;

                ❏ To be dismissed at sentencing.

✓    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered    ✓ Written plea agreement filed.  ❏ **ORDERED SEALED.**

✓    **ORAL ORDER** Adjudicating defendant guilty.

❏    **ORDER:** Defendant Continued  ❏ same Conditions/Bond  imposed by Mag. Judge;

   ❏ Released on Bond & Conditions of Release for:    ❏ Trial on _____;

   ❏ Sentencing on _____;  ❏ to be set by Separate Order

✓    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Trial on _____; or  ✓ Sentencing on _____  ✓ Set by separate Order.